UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
WILLIAM H. SADLIER, INC.,

                          Plaintiff,

    - against -

JOHN DOES 1-10 AND XYZ CORPS. 1-10,

                         Defendants.
----------------------------------------x

11 Civ. 9467 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    The Court has reviewed Plaintiff's correspondence dated April 18, 2012.

    This matter was filed on December 23, 2012. Accordingly, the 120 day period for service has expired. According to the Court's records, service has not been effected on any Defendant.

    This matter is dismissed, without prejudice, for failure to prosecute.

SO ORDERED.
Dated:    New York, New York
            June 4, 2012

                                        Deborah A. Batts
                                  United States District Judge